# United States Court of Appeals
## For the First Circuit

No. 15-2232

TAYMARI DELGADO ECHEVARRÍA,

Plaintiff, Appellant,

v.

ASTRAZENECA PHARMACEUTICAL LP; ASTRAZENECA LP,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on May 2, 2017 is amended as follows:

On page 2, line 2, change "Ecvhevarría" to "Echevarría"